UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elbert Lee VAUGHT IV,<br><br>                        Petitioner,<br><br>v.<br><br>Kathleen ALLISON, Secretary,<br><br>                        Respondent. | Case No.: 21-cv-0408-CAB-AGS<br><br>**REPORT AND RECOMMENDATION TO DENY AS MOOT PETITION FOR WRIT OF HABEAS CORPUS** |

      Petitioner Elbert Lee Vaught IV seeks a writ of habeas corpus under 28 U.S.C. § 2254, challenging his parole denial. On August 11, 2022, he was released from prison (ECF 24-3, at 2)—the exact relief he seeks. (*See, e.g.*, ECF 16, at 7.) As Vaught is no longer suffering "an actual injury" that can be "redressed by a favorable judicial decision," the case is moot. *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998). And, because the petition does not "name[] the correct defendants" nor "seek[] the correct relief" for a § 1983 claim, the Court recommends declining to recharacterize the petition as a § 1983 complaint. *See Nettles v. Grounds*, 830 F.3d 922, 936 (9th Cir. 2016). Thus, the Court recommends the petition (ECF 1) and motion for release (ECF 17) be **DENIED AS MOOT** and that the case be **DISMISSED WITHOUT PREJUDICE**.

      The parties have 14 days from service of this report to file any objections to it. *See* 28 U.S.C. § 636(b)(1). The party receiving an objection has 14 days to file any response. *See* Fed. R. Civ. P. 72(b)(2).

Dated: August 25, 2022

                                                        Hon. Andrew G. Schopler
                                                        United States Magistrate Judge